IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAWN OLALI, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:25-CV-1602-K-BK |
| | § | |
| AMPEX BRANDS, LLC, | § | |
| DEFENDANT. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Ampex Brands LLC's *Partial Motion to* Dismiss, Doc. 19 is **GRANTED**. Accordingly, all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is admonished that any further failure to comply with the notice requirements set out in Local Civil Rule 7.2(f)(1)-(3) or filing of pleadings with citations to nonexistent cases, in violation of Fed. R. Civ. P. 11, may result in the imposition of sanctions, including the striking of filings, the imposition of filing restrictions and monetary penalties, or the dismissal of this civil action. *see Whitehead*

*v. Food Max of Miss., Inc.*, 332 F.3d 796, 802-03 (5th Cir. 2003) (a violation of any provision of Rule 11(b) justifies sanctions).

**SO ORDERED.**

**Signed February 23rd, 2026.**

                                                    */s/ Ed Kinkeade*
                                                  ED KINKEADE
                                                  UNITED STATES DISTRICT JUDGE